UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON ALLEN BLAKE, #061998, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:20-CV-1250-G-BN |
| ELMER TANNER, Sheriff, Navarro ) | |
| County, and NAVARRO COUNTY ) | |
| CRIMINAL JUSTICE CENTER ) | |
| | |
| Defendants. | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff may therefore file an amended complaint within **14 days** of the date of this order. His failure to do so will result in the dismissal of this action with prejudice without further notice.

**SO ORDERED**.

June 16, 2020.

_____
A. JOE FISH
Senior United States District Judge